UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brenda Karr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10896-DRH |
| *Paola Orrego v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10790-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 29, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: __/s/*Caitlin Fischer*__
Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.06.30 15:00:45 -04'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT